UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN D. WRIGHT, | : | Case No.: 3:19-cv-138 |
| Plaintiff, | : | |
| vs. | : | |
| DEPUY INC., *et al.*, | : | JUDGE WALTER H. RICE |
| Defendants. | : | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD IN RESPONSE TO COMPLAINT

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to Move or Plead in Response to Complaint (the "Motion for Extension"). The Motion for Extension was filed under Federal Rule of Civil Procedure 6(b) and Local Rule 6.1. Defendants seek an extension until January 31, 2020 of its deadline to move or plead in response to Plaintiff's Complaint. The Defendants have not sought any prior extensions of their deadline to move or plead. Therefore, in accordance with Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, the Defendants' Motion for Extension is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendants may have until January 31, 2020 to move or plead in response to Plaintiff's Complaint.

Dated: 1-3-20, ~~2019~~

_____
UNITED STATES DISTRICT JUDGE