UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN D. WRIGHT, | : | Case No.: 3:19-cv-138 |
| Plaintiff, | : | |
| vs. | : | |
| DEPUY INC., *et al.*, | : | JUDGE WALTER H. RICE |
| Defendants. | : | *Nunc pro tunc 1/23/20* |
| | : | *Superseded by notations on/by following* |
| | : | *Doc # 16* |

## ORDER APPROVING THE PARTIES' STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND FILE RULE 26 REPORT AND TO CONTINUE CASE MANAGEMENT CONFERENCE

Now, this __23rd__ day of __January__, 2020, upon consideration of the Parties' Joint Stipulation to Extend Time to Respond To Complaint and File Rule 26 Report and to Continue Case Management Conference (the "Joint Stipulation"), for good cause shown, the Court hereby APPROVES the Joint Stipulation. The relevant case deadlines are extended 90 days with the amended deadlines as follows:

1. Defendants' deadline to answer or otherwise respond to the Complaint is on or before April 30, 2020.

2. A Joint Rule 26 Report shall be filed on or before May 4, 2020.

3. Initial disclosures pursuant to Rule 26(a)(1) shall occur on or before May 4, 2020.

4. A Preliminary Pretrial Telephone Conference pursuant to Rule 16 shall be held on May 11, 2020 at 4:00 p.m. Counsel shall appear telephonically.

By the Court:

_____
JUDGE WALTER H. RICE

Submitted By:
Kyle R. Gerlach (0093433)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
614-628-1409 (Telephone)
614-628-1433 (Facsimile)
Kyle.Gerlach@btlaw.com
*Counsel for Defendants*